Jiggetts v. Local 32BJ SEIU

**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

# SUMMARY ORDER

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING TO A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 9th day of November, two thousand twelve.

PRESENT:
      RICHARD C. WESLEY,
      DENNY CHIN,
          *Circuit Judges,*
      DAVID G. LARIMER,*
          *District Judge.*

_____

Kyle Jiggetts,

      *Plaintiff-Appellant,*

      v.              11-4151

Local 32BJ SEIU, Allied International Union,

      *Defendants-Appellees.*

_____

---

*Judge David G. Larimer, of the United States District Court for the Western District of New York, sitting by designation.

**FOR PLAINTIFF-APPELLANT:** Kyle Jiggetts, *pro se*, Bronx, New York.

**FOR DEFENDANTS-APPELLEES:** Andrew L. Strom, Office of the General Counsel, SEIU Local 32BJ, New York, NY; Sumanth Bollepalli, Weissman & Mintz LLC, New York, NY.

Appeal from a judgment and an order of the United States District Court for the Southern District of New York (Stein, *J.*; Ellis, *M.J.*).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment and the order of the district court are **AFFIRMED.**

Appellant Kyle Jiggetts, proceeding *pro se*, appeals the district court's judgment dismissing his claims under Title I of the Labor Management Reporting and Disclosure Act, 29 U.S.C. §§ 411-15, and § 301 of the Labor Management Relations Act ("LMRA"), 29 U.S.C. § 185. The panel has reviewed the briefs and the record in this appeal and agrees unanimously that oral argument is unnecessary because "the facts and legal arguments [have been] adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument." Fed. R. App. P. 34(a)(2)(C). We assume the parties' familiarity with the

underlying facts, the procedural history of the case, and the issues on appeal.

This Court reviews *de novo* a district court's dismissal of a complaint pursuant to Rules 12(b)(1) and 12(b)(6), "construing the complaint liberally, accepting all factual allegations in the complaint as true, and drawing all reasonable inferences in the plaintiff's favor." *Chambers v. Time Warner, Inc.*, 282 F.3d 147, 152 (2d Cir. 2002); *see also TradeComet.com LLC v. Google, Inc.*, 647 F.3d 472, 475 (2d Cir. 2011). The denial of a motion for leave to amend the complaint is reviewed for abuse of discretion; however, where the denial is based on rulings of law, it is reviewed *de novo*. *See Papelino v. Albany Coll. of Pharmacy of Union Univ.*, 633 F.3d 81, 88 (2d Cir. 2011).

Here, an independent review of the record and relevant case law reveals that the district court properly adopted the magistrate judge's recommendations to grant the motions to dismiss and deny the motion to amend the complaint. We affirm substantially for the reasons stated by the magistrate judge in his thorough February 24, 2010 and May 14, 2010 reports and recommendations.

We have considered Jiggetts's remaining arguments and find them to be without merit. Accordingly, we **AFFIRM** the judgment and the order of the district court.

                                FOR THE COURT:
                                Catherine O'Hagan Wolfe, Clerk